UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:23-CR-00088-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LYNOL CHRISTIAN (01) | MAGISTRATE JUDGE DAVID J. AYO |

## MINUTE ENTRY

The Initial Appearance and Arraignment on the indictment for the defendant (01), Lynol Christian, is set for 8/24/2023 at 2:00 p.m. before U.S. Magistrate Judge David J. Ayo via video conference. Instructions will be emailed to each participant. If the public and/or the media wish to participate in the hearing, please email Ayo_VTC@lawd.uscourts.gov to request access information. Those granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Defense counsel is responsible for notifying and sharing access information with the Defendant's family. The Government is responsible for notifying and sharing access information with any victim(s).

THUS DONE in Chambers on this 2nd day of August, 2023.

David J. Ayo
United States Magistrate Judge