# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 6:23-CR-00088-01**

**VERSUS**                            **JUDGE DAVID C. JOSEPH**

**LYNOL CHRISTIAN (01)**              **MAGISTRATE JUDGE DAVID J. AYO**

## MINUTES OF COURT:
### Detention Hearing

| Date: | August 7, 2023 | Presiding: Magistrate Judge Carol B. Whitehurst | |
|---|---|---|---|
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 3:30 p.m. | Court Reporter: | LCR |
| Statistical Time: | 1:00 | Courtroom: | CR6 |
| | | Probation Officer: | Justin Opdenhoff |

## APPEARANCES

| | | |
|---|---|---|
| Daniel McCoy (AUSA) | For | United States of America |
| Jasmine Green (AFPD) | For | Lynol Christian (01), Defendant |
| Lynol Christian | | Defendant |

## PROCEEDINGS

Defendant Appeared With Counsel
Detention Hearing Held

Testimony received from witnesses listed on the attached witness list
Argument received from counsel

The government proffered the Pretrial Services Report and Indictment.

Having reviewed the pretrial services report and hearing all testimony, the Court ordered defendant be RELEASED.

The defendant is hereby released to the custody of third-party custodians, Dyshel Christian and Rita Christian after processing by the U.S. Marshal Service.

Bond Set: $25,000.00 Unsecured Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

**FILINGS:**
Witness List
Appearance Bond (AO98)
Order Setting Conditions of Release (Modified AO199)