**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:23-CR-00088-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LYNOL CHRISTIAN (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES

A telephone status conference was held on Thursday, August 17, 2023, starting at 11:00 a.m. and ending at 11:10 a.m.[1] Participating in the conference, along with the undersigned, were Jasmine Green on behalf of the Defendant and Dan McCoy on behalf of the government.

After a brief discussion, the parties jointly moved to certify this case as complex and to set a jury trial in this matter outside of the Speedy Trial Act delays.  The undersigned granted the motion based on the nature of the charges and the complexity of discovery due to related multi-district cases.  The parties also selected pretrial conference and trial dates, which will be set in the record of the case by separate order.

Signed at Lafayette, Louisiana on this 17th day of August, 2023.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Statistical Time: 10 min.