UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:23-CR-00088-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LYNOL CHRISTIAN (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

Considering the issues discussed during the August 17, 2023 telephone scheduling conference, it is

ORDERED that counsel's joint oral motion to continue trial beyond the deadlines of the Speedy Trial Act is GRANTED. The Court finds that this additional time is reasonable and necessary for effective preparation by defendant's counsel given the complexities of this case, taking into account the exercise of due diligence, under 18 U.S.C. §3161(h)(7)(B)(iv). The Court therefore finds that the ends of justice served by granting this continuance outweigh the public's and the defendants' rights in a speedy trial. It is further

ORDERED that the trial of this matter is set for **Monday, November 27, 2023** before U.S. District Judge David C. Joseph in Courtroom 1 of the United States District Court in Lafayette, Louisiana.  A pretrial conference is also set before Judge Joseph on **November 8, 2023 at 2:00 p.m.**

SIGNED at Lafayette, Louisiana on this 17th day of August, 2023.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE