UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-00088-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LYNOL CHRISTIAN (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
Change of Plea

| Date: | October 18, 2023 | Presiding: Judge David C. Joseph | |
|---|---|---|---|
| Court Opened: | 2:00 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:38 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 38 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Jill Wilson |

**APPEARANCES**

| | | |
|---|---|---|
| Daniel McCoy (AUSA) | For | United States of America |
| Jasmine Green (AFPD) | For | Lynol Christian (01), Defendant |
| Lynol Christian (01) | | Defendant (Released) |

**PROCEEDINGS**

Case called for Change of Plea on Indictment.
Defendant sworn and under oath.
Defendant **WAIVED** reading of the Indictment.
Defendant advised of charges, maximum penalties, and rights.
Defendant advised of his right to trial.
Defendant acknowledged understanding of the charges, maximum penalties, and rights.
Defendant is advised of Rule 11 Rights.
Defendant entered a **GUILTY** plea to Count 1 of the Indictment.
Plea of Guilty **ACCEPTED**.

**FILINGS:**
Plea Agreement
Understanding of Maximum Penalty and Constitutional Rights
Elements of the Offense
Stipulation in Support of Guilty Plea
Copy of Indictment

Minutes of Change of Plea
October 18, 2023
Page 2

**COMMENTS:**

**IT IS ORDERED** that a Presentence Investigation Report be prepared.

**IT IS ORDERED** that Defendant pay a $100 Special Assessment.

Defendant is continued released on [22] Appearance Bond and [23] Order Setting Conditions of Release pending **SENTENCING set for January 16, 2024, at 10:30 AM before Judge David C. Joseph in Lafayette, LA.**