## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**                **CASE NO. 6:23-CR-00088-01**

**VERSUS**                                  **JUDGE DAVID C. JOSEPH**

**LYNOL CHRISTIAN (01)**                    **MAGISTRATE JUDGE DAVID J. AYO**

### MINUTES OF COURT:
### SENTENCING

| Date: | Jan. 17, 2024 | Presiding: Judge David C. Joseph | |
|---|---|---|---|
| Court Opened: | 2:20 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:38 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 18 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Jill Wilson |

### APPEARANCES

| Daniel McCoy (AUSA) | For | United States of America |
|---|---|---|
| Jasmine Green (AFPD) | For | Lynol Christian (01), Defendant |
| Lynol Christian (01) | | Defendant (Released) |

### PROCEEDINGS

Case called for Sentencing.
Defendant sworn and under oath.

### SENTENCING:
**Count 1:** Defendant is committed to the Bureau of Prisons for **156 months**. Upon release from imprisonment, Defendant shall be on supervised release for **4 years**, with standard, mandatory and the following special conditions:

a. Defendant shall participate in an outpatient substance abuse treatment program under the guidance of the U.S. Probation Office and shall follow the rules and regulations of that program. Defendant shall submit to drug testing as directed by the treatment facility and Probation Officer during the term of supervision. Defendant shall contribute to the cost of the treatment program in accordance with his ability to pay. Defendant shall also refrain from alcohol use while in a substance abuse treatment program.

Page 2
January 18, 2024
USA v Christian

Defendant ordered to pay a $100.00 special assessment, payable immediately to the U.S. Clerk of Court.

No fine is ordered.

Defendant advised of his right to appeal.  Any appeal must be filed within fourteen (14) days of the Court's judgment.

Defendant remanded to the custody of the U S Marshal for service of sentence.